JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| GREG SULLIVAN, individually, and on behalf of all others similarly situated, ) | Case No.: SACV09-142 JST (ANx) |

12
13

**JUDGMENT**

14            Plaintiffs,            )
15                vs.                )
16   AMERICAN EXPRESS PUBLISHING )
     CORPORATION; TIME, INC.; and  )
17   DOES 1-10,                      )
                                     )
18            Defendants.            )
19                                   )
                                     )
20

21   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

22
     **HEREIN:**
23

24            WHEREAS, on February 22, 2012, the Court entered an ORDER

25   granting Plaintiff's Motion for Final Settlement Approval (Docket No. 73).

26            THEREFORE, it is HEREBY ORDERED, ADJUDGED AND

27   DECREED AS FOLLOWS:

28

1        1.     This Court hereby retains continuing jurisdiction over, (a) all

2 matters relating to the modification, interpretation, implementation,

3 effectuation, administration, and enforcement of the Settlement; (b)

4 distribution of Settlement Payments to Settlement Class Members under the

5 terms of the Agreement; (c) distribution of attorney's fees and costs and the

6 service award, and (d) all Parties hereto, for the purpose of enforcing and

7 administering the Settlement. Further, the protective order in this case,

8 issued on February 18, 2010, shall remain in full force and effect pursuant to

9 its terms.

10        2.     The Court hereby dismisses the Action in its entirety on the

11 merits and with prejudice, and each and every Settlement Class Member

12 except those who have validly excluded themselves from the Settlement

13 Class are hereby permanently enjoined from bringing, joining or continuing

14 to prosecute against the Released Parties any Released Claims, and

15 Judgment is hereby entered thereon.

16        3.     The Parties shall bear their own attorneys' fees and costs, except

17 as otherwise ordered by this Court.

18

19 IT IS SO ORDERED

20

21 DATED: March 01, 2012        _____

22                        United States District Court Judge

23

24

25

26

27

28